UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | Case No. 4:22-CR-608-9 |
| v. | § | |
| | § | |
| JAYLYNN PINSON | § | |

## MOTION TO AMEND CONDITIONS OF BOND

COMES NOW, Jaylynn Pinson, by and through his attorney of record, Joyce Raynor of J. Raynor Carr & Associates, P.C., and files this Opposed Motion for Release on Bond Pending Sentencing and would respectfully show the Court the following:

I.

Mr. Pinson is on a $100,000 unsecured bond after being charged with one Count of Conspiracy to Possess with Intent to Distribute a Controlled Substance in violation of 18 U.S.C. §841(a)(1) and §841(b)(1)(A)(iii). On December 29, 2022, and pursuant to 18 U.S.C. §3142(c) of the Bail Reform Act, the Court placed special conditions on Mr. Pinson which confines him to home detention. The Court indicated that the special conditions would remain in place for at least 45 days and that the defendant could petition the court for an amendment to these conditions. Mr. Pinson requests the Court amend his bond conditions, lifting the home confinement

restriction so that he may continue his employment and be able to continue to take care of his daughter.

II.

Mr. Pinson is rap and social media artist with over 110,000 followers on social media. He makes a living hosting shows and promoting events. He currently is on home detention 24 hours a day with a GPS tracking, ankle monitor. These restrictions prevent him from earning a consistent living to support himself and his 7-year-old daughter. Currently he has missed 1 promotional job and has failed to honor his artist agreement to produce in-studio music due to the bond restrictions.

Over the last 55 days, Mr. Pinson has had been compliant with his bond conditions. He has demonstrated by convincing evidence that he is not likely to flee. By continuing the GPS monitor, the Court can ensure he will not pose a danger to society but will be accountable for his whereabouts at all times. Mr. Pinson, therefore, requests the home detention requirement be lifted, and that he be able to remain on his unsecured $100,000 bond with the GPS monitor in place.

II.

Counsel for the government has been notified of the filing of this motion and is opposed. U.S. Pretrial and Probation prefaced the need for a curfew being implemented but is otherwise unopposed to removing the home detention requirement.

Wherefore, Counsel requests the Court grant his motion to amend his bond conditions pending trial and release him from home confinement but keep the GPS monitor in place.

Respectfully submitted,

/s/   Joyce Raynor
Joyce Raynor,
Counsel for Jaylynn Pinson
TBN: 00789572
9894 Bissonnet, Suite 243
Houston, Texas 77036
Tel: (713) 988-5533
jraynorcarr@gmail.net

## CERTIFICATE OF CONFERENCE

I certify that I emailed the Assistant U.S. Attorney, Lisa Collins, in this matter on February 24, 2023, and she is opposed.

/s/   Joyce Raynor
Attorney for Jaylynn Pinson

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon the Assistant U.S. Attorney through the CM/ECF court filing system on this 24TH day of February 2023.

/s/   Joyce Raynor
Joyce Raynor,
Attorney for Jaylynn Pinson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | Case No. 4:22-CR-608-9 |
| v. § | |
| § | |
| JAYLYNN PINSON § | |

**ORDER ON MOTION TO AMEND CONDITIONS OF BOND**

ON THIS DAY, the Court considered the evidence and pleadings in this matter. The Court finds that the following terms and conditions will reasonably assure the defendant's appearance in court and the safety of the community. Pursuant to 18 U.S.C. 3142(c)(1)(B), this Court hereby amends the defendant's conditions set forth below to the least restrictive conditions to assure the defendant's court appearance and the safety of persons and the community:

The Court, hereby, removes the home confinement condition set forth in section (7)(p)(ii) of the Order Setting Conditions of Release [Doc. 152]. The Court further sets the following terms and conditions of the defendant's release:

_____

_____

Or _____ The defendant's motion is hereby Denied.

SIGNED ON THIS _____ day of _____ 2023 at Houston, Texas.

_____
HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE